UNITED STATES of America,
Plaintiff—Appellee,

v.

Isaias SANCHEZ–MUNOZ, aka Isalas Sanchez–Munoz; Isaiasas M. Sanchez, Defendant—Appellant.

No. 01–10680.

D.C. No. CR–01–00515–RCC.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*

Decided April 18, 2003.

Before RYMER, KLEINFELD and
FISHER, Circuit Judges.

MEMORANDUM**

Isaias Sanchez–Munoz appeals his guilty-plea conviction and 50–month sentence for illegal reentry by a previously

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

deported alien with a prior aggravated felony, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanchez–Munoz's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.